IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| HERMAN GILBERTSON, #619207 | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv141 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion for injunctive relief (docket #16). No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Petitioner's motion for injunctive relief (docket #16) is **DENIED**.

**SIGNED this 5th day of June, 2009.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE